**Order filed October 29, 2015**



## In The

# Eleventh Court of Appeals

_____

## No. 11-15-00260-CR

_____

## IN RE ERVIN D. WILLCOXSON

**Original Mandamus Proceeding**

### O R D E R

Relator, Ervin D. Willcoxson, has brought a mandamus action against the Honorable Brooks H. Hagler, Judge of the 259th District Court of Jones County, Texas. He alleges that Judge Hagler has not held a hearing or ruled on a writ of habeas corpus in which he sought a copy of his trial records so that he could prepare an 11.07 writ for post-conviction relief. Specifically, Relator requests that this court compel Respondent to grant his writ filed with the trial court on August 18, 2015.

It does not appear that Relator served a copy of his petition for writ of mandamus on the Respondent or the Real Party in Interest, the State of Texas. The clerk of this court is forwarding a copy of the petition to the Respondent, as well as

to the attorney of record for the Real Party in Interest. In addition, the Real Party in Interest is requested to file a response to Relator's application for writ of mandamus with this court on or before November 9, 2015. Respondent may also file a response by that date. In the interim, if this court receives written notice that Relator's writ has been ruled on by the trial court, we will deny that part of the petition for mandamus in which Relator alleged that Respondent failed to rule on his writ because that specific issue raised by Relator will be moot.

PER CURIAM

October 29, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.